SUN COAST MERCHANDISE CORP. and Dilip Bhavnani, Plaintiffs–Cross Appellants,

v.

CCL PRODUCTS ENTERPRISES, INC., CCL Creative Ltd., CCL Products, Ltd., and C.C. & L Company Ltd., Defendants–Appellants.

Nos. 05–1173, 05–1216.

United States Court of Appeals, Federal Circuit.

June 2, 2005.

*ORDER*

Pursuant to this court's order filed May 2, 2005, and the appellants CCL Products Enterprises, Inc., et al., having filed an amended notice of appeal at the United States District Court for the Central District of California on May 19, 2005,

IT IS ORDERED THAT:

The court's May 2, 2005, order dismissing the appeal and cross appeal is vacated, the mandates are recalled, and the appeal and cross appeal are reinstated.

The appellants' corrected opening brief is due on June 23, 2005.